David Belson, trading as Belson Manufacturing Company, appellee, v. Herman L. Alexander, appellant. Gen. No. 26,421.

Assumpsit on the common counts for goods manufactured and delivered to defendant. Affidavit and amended affidavit of merits stricken and judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Theodore Brentano, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed November 1, 1921. Rehearing denied November 15, 1921.

George Roy Sieger and Joseph Davis Neff, for appellant; Frank H. Culver, of counsel. Israel Cowen, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

P. M. Grotowski, trading as Avondale Chandelier Company, appellant, v. Jacob Rothschild et al., trading as Rothschild & Guthman, appellees. Gen. No. 26,451.

Action on a promissory note. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 1, 1921.

Samuel Shaw Parks, for appellant. Coburn & Bentley, for appellees.

Mr. Justice Barnes delivered the opinion of the court.

---

Robert M. Schrayer, appellee, v. Movie Smoke Shop Company and William Cohen, appellants. Gen. No. 26,530.

Action of forcible detainer. Judgment for possession. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 1, 1921.

Maurice I. Green, for appellants. Kraus, Goodwin, Smietanka & Rickard, for appellee.

Mr. Justice Barnes delivered the opinion of the court.

---

Frank R. Stark, appellee, v. Richard J. Tiddles et al., appellants. Gen. No. 26,551.

Action of forcible detainer. Plea of recoupment for damages for eviction. Defendant's offer of proof rejected. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed November 1, 1921.

Eugene A. Moran and J. S. McClure, for appellants. Lazar H. Gladstone, for appellee.

Mr. Justice Barnes delivered the opinion of the court.